IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**RENATA A. SCOTT**                                                                                    **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO. 5:11CV00099 DCB-RHW**

**BATESVILLE CASKET COMPANY, INC.**                                            **DEFENDANT**

---

**ORDER GRANTING
PLAINTIFF'S "MOTION TO SEAL EXHIBITS [DOC. #100-5, #100-13]"**

---

**THIS MATTER** is before the Court on the Plaintiff's MOTION TO SEAL EXHIBITS [Doc. #100-5, 100-13]" [Doc. 101]; And the Court, having been advised that Defendant has no objection to the Plaintiff's Motion and Defendant has requested that said documents comprising these two exhibits [Documents 100-5 and 100-13] be sealed, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE, HEREBY ORDERED** that Documents 100-5 and 100-13 will be sealed, which two exhibits have been filed by Plaintiff, along with other exhibits, in support of Plaintiff's Response Memorandum In Opposition to Defendant's Motion to Strike/Exclude Testimony of Plaintiff's Expert [Doc. #100].

**SO ORDERED,** the 13th day of December, 2012.


                                                                  s/David Bramlette
                                                            **UNITED STATES DISTRICT JUDGE**

SUBMITTED BY:

/s/ James F. Noble III

JAMES F. NOBLE III
NOBLE & NOBLE, PLLC
751 AVIGNON DRIVE, SUITE B (39157)
POST OFFICE BOX 3293
RIDGELAND, MS 39158-3293
TELEPHONE:   (601) 856-1400
TELEFAX:       (601) 856-1419

COUNSEL FOR PLAINTIFF, RENATA A. SCOTT