# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**RENATA A. SCOTT**                                                                               **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 5:11cv00099-DCB-MTP**

**BATESVILLE CASKET**
**COMPANY, INC.**                                                                                 **DEFENDANT**

## ORDER

This cause is before the Court on Defendant's Motion to Strike Excess Pages [118] and the Court, having granted the Plaintiff's Motion to Accept Response Memorandum in Excess of Page Limit, finds that the Defendant's Motion is moot. Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's Motion to Strike is Moot.

**SO ORDERED**, this   12th   day of February, 2013.


                                                                    s/David Bramlette
                                                                    UNITED STATES DISTRICT JUDGE